Larry D. Simons CLS-B (CA Bar No. 179239)
*larry@lsimonslaw.com*
Frank X. Ruggier CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorneys for Nancy J. Zamora, Chapter 7 Trustee

**FILED & ENTERED**

**OCT 19 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>BYONG YONG YU,<br><br>    Debtor.<br><br>———————————————<br><br>NANCY J. ZAMORA, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE YU, an individual,<br><br>    Defendant. | Case No. 1:16-bk-11735-MB<br><br>Chapter 7<br><br><br>Adv. No. 1:18-ap-01044-MB<br><br>**JUDGMENT AGAINST DEFENDANT ELAINE YU**<br><br>DATE: July 26, 2018<br>TIME: 2:30 p.m.<br>PLACE: Courtroom 303<br>United States Bankruptcy Court<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On July 26, 2018, the Court having heard and considered the Motion for Summary Judgment (the "Motion") filed by Plaintiff Nancy J. Zamora, Chapter 7 Trustee ("Trustee") for the estate of Byong Yong Yu ("Debtor") in this adversary proceeding against Defendant Elaine Yu ("Defendant"), having heard the oral arguments of Trustee's counsel and noting no opposition by Defendant, having filed its findings of fact and conclusions of law as Docket No. 15, and having granted Trustee's Motion.,

///

**Law Offices of Larry D. Simons**
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Summary judgment is granted in favor of Plaintiff Nancy J. Zamora, Chapter 7 Trustee of the Estate of Byong Yong Yu and against Defendant Elaine Yu pursuant to Bankruptcy Code §§ 549 and 550;

3. The transfer of the real property commonly known as 11624 Haynes Street, North Hollywood (Los Angeles area), California 91606, APN 2335-007-006 which legal description is as follows:

> LOT 4 IN BLOCK "D" OF TRACT NO. 10443, IN THE CITY OF LOS
> ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
> PER MAP RECORDED IN BOOK 155 PAGES 5 AND 6 OF MAPS, IN THE
> OFFICE OF THE COUNTY RECORDER

(the "Subject Property") as evidenced by the Second Postpetition Grant Deed recorded in the Official Records of the Los Angeles County Recorder's Office on October 3, 2016 as Document Number 2016-1206314 (the "Subject Transfer") is hereby avoided pursuant to Section 549 of the Bankruptcy Code;

4. The Second Postpetition Grant Deed is declared null and void and avoided; and

4. The Trustee shall recover the Subject Property for the benefit of the Estate pursuant to Section 550 of the Bankruptcy Code.

###

Date: October 19, 2018

_Martin R. Barash_
Martin R Barash
United States Bankruptcy Judge